GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA, SBN 13241
Attorney at Law
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone: 562-868-5886
    Fax: 562-868-5491
    cyrus.safa@rohlfinglaw.com

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone: 415-977-8954
    Fax: 415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA DAVILA, | Case No: 2:16-cv-01138-JAD-GWF |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR REVIEW OF FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | **(First Request)** |

Plaintiff Teresa Davila (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to answer Plaintiff's Complaint For Review Of Final Decision Of The Commissioner Of Social Security by thirty days from January 3, 2017 to February 2, 2017, with all other dates extended accordingly. This is the Commissioner's first request for an

-1-

extension.

There is good cause because the Certified Administrative Record (CAR) has not been produced. The component of the Social Security Administration responsible for production of the CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a substantial caseload, and has not yet provided the CAR in the above-captioned case. Counsel for the Commissioner has contacted ODAR and is working to produce the CAR. Plaintiff has no objection.

Respectfully submitted,

Date: January 3, 2017  GERALD M. WELT
Attorney at Law

By: */s/\* Cyrus Safa*
CYRUS SAFA
*by email authorization on 1/3/17

Attorneys for Plaintiff

Date: January 3, 2017  DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE: January 5, 2017

_____
THE HONORABLE GEORGE FOLEY, JR.
United States Magistrate Judge

-2-