# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Theresa Davila,

    Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of Social Security Administration,

    Defendant

Case No.: 2:16-cv-01138-JAD-GWF

**Order Adopting Report & Recommendation**

[ECF Nos. 15, 17, 20]

Plaintiff Theresa Davila brought this action for the court to review the Commissioner of Social Security's denial of her application for disability benefits under Title XVI of the Social Security Act. Having considered Davila's motion to remand[1] and the Commissioner's cross-motion to affirm,[2] the magistrate judge recommends that I deny the motion to remand and grant the Commissioner's cross-motion.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed,"[4] and no party has filed an objection by the February 14, 2019, deadline. Accordingly,

IT IS HEREBY ORDERED THAT:

- The Report and Recommendation **[ECF No. 20] is ADOPTED** in full;
- Plaintiff's Motion for Reversal and/or Remand **[ECF No. 15] is DENIED**, and the Commissioner's Cross-motion to Affirm **[ECF No. 17] is GRANTED**; the underlying decision is AFFIRMED;

---

[1] ECF No. 15.

[2] ECF No. 17.

[3] ECF No. 20.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: February 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey